| United States District Court | Southern District of Texas |
|---|---|

| | § | |
|---|---|---|
| James Tuggle, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action H-18-4746 |
| | § | |
| Rockwater Energy Solutions, Inc., | § | |
| Defendant. | § | |

## Order of Adoption

On December 3, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (87) recommending that the court deny Rockwater's motion to compel arbitration. Rockwater filed objections, which are denied. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed December 19, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge