UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| James Tuggle, et al., § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action H-18-4746 |
| § | |
| Rockwater Energy Solutions, Inc., § | |
| Defendant. § | |

## Order of Adoption

On December 3, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (88) recommending that the court grant Aaron Plummer's motion for conditional certification. Rockwater filed objections, which are denied. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed December 19, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge