United States District Court
Southern District of Texas

**ENTERED**
April 23, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Aaron Plummer, individually and on behalf of all others similarly situated, §§§§§§§
    Plaintiffs,

v.

Rockwater Energy Solutions, Inc., §§
    Defendant.

Civil Action H-18-4746

Rockwater Energy Solutions, Inc., §§§§§§§§
    Third-Party Plaintiff,

v.

Energy Professionals Group, LLC and Atlantic Energy Partners, LLC,
    Third-Party Defendants.

## Order of Adoption

On April 2, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (101) recommending that the court deny with prejudice Rockwater Energy Solutions, Inc.'s motion for default judgment against Atlantic Energy Parters, LLC and grant in part and deny in part, without prejudice, the motion against Energy Professionals Group, LLC. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on April 23, 2020.

_____
Lynn N. Hughes
United States District Judge