UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AARON PLUMMER, | § | |
| Individually and on behalf of | § | |
| All others similarly situated, | § | Civil Action No. 4:18-cv-4746 |
| | § | |
| Plaintiff, | § | |
| | § | JURY TRIAL DEMANDED |
| VS. | § | |
| | § | |
| ROCKWATER ENERGY SOLUTIONS, | § | |
| INC., | § | |
| Defendant | § | |
| | | |
| ROCKWATER ENERGY SOLUTIONS, | § | |
| INC., | § | |
| Third-Party Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| ENERGY PROFESSIONALS GROUP, | § | |
| LLC and ATLANTIC ENERGY | § | |
| PARTNERS, LLC | § | |
| Third-Party Defendants | § | |

**ROCKWATER'S SECOND MOTION FOR DEFAULT JUDGMENT AGAINST ENERGY PROFESSIONALS GROUP, LLC**

Rockwater Energy Solutions Inc. ("Rockwater") files this Second Motion for Default Judgment against Energy Professionals Group, LLC ("EPG") and respectfully shows as follows.

1

**FACTUAL AND PROCEDURAL BACKGROUND**

1. **EPG enters into a contract to provide staffing services and to indemnify for any losses incurred as a result of claims of misclassification by EPG workers.**

Effective October 1, 2016, EPG entered into a Master Services Agreement ("Agreement") with AmeriFlow Energy Services, LLC ("AmeriFlow") and agreed to provide AmeriFlow with flowback and well testing services.[1]

Section 8 of the Agreement made clear that EPG would be responsible for its own workers, including with respect to pay, as follows:

> 8. Independent Contractor. EPG and each Consultant will have complete freedom of action as to the details, methods, and means of performing the Services. EPG and each Consultant will not be subject to the control or supervision of AmeriFlow. AmeriFlow retains the right to inspect and to approve or reject the results of the Services as directed by AmeriFlow's customer. EPG has contracted with AmeriFlow only for the purposes and to the extent set forth in this Agreement, and EPG's and each Consultant's relation to AmeriFlow is that of an independent contractor. As an independent contractor, EPG and Consultant do not have the authority to bind AmeriFlow or any of its affiliates to any third person, unless expressly agreed to in writing by AmeriFlow. No Consultant will be considered, under the provisions of this Agreement of otherwise, as having a status as an employee of AmeriFlow. Consultant will not be entitled to participate in any plans, arrangements, or distributions by AmeriFlow relating to any pernsion, deferred compensation, bonus, stock bonus, hospitalization, insurance, or other benefits extended to employees.[2]

Moreover, EPG agreed in Section 18 of the Agreement to indemnify AmeriFlow for any liability resulting from pay violations with respect to EPG's workers, as follows:

> 18.1. Compensation; Indemnification. **EPG SHALL BE RESPONSIBLE FOR AND SHALL DEFEND, INDEMNIFY AND HOLD AMERIFLOW HARMLESS FROM ANY LIABILITY FOR PAYMENT OF ALL WAGES, SALARIES, OVERTIME CHARGES, BENEFITS, CONTRIBUTIONS, WITHHOLDING DEDUCTIONS OR TAXES MEASURED BY THE WAGES, SALARIES OR OTHER COMPENSATION PAID TO PERSONS DEEMED TO BE EMPLOYED BY EPG OR ANY SUBCONTRACTOR OR CONSULTANT IN PERFORMANCE OF AN ENGAGEMENT, INCLUDING ANY PAYMENT OR COMPENSATION REQUIRED**

---

[1] Exhibit 1 (Declaration of Alisha Waring) at ¶ 2-3 and Attachment A.
[2] *Id.*

> **UNDER THE FLSA, AS WELL AS OTHER REMUNERATION, AND FOR PAYMENT OF ALL TAXES AND CONTRIBUTIONS REQUIRED BY GOVERNMENTAL AUTOHRITIES (INCLUDING ANY POLITICAL SUBDIVISION THEREOF) APPLICABLE TO EMPLOYEES OR OTHER MEMBERS OF EPG GROUP, INCLUDING, WITHOUT LIMITATION, OR AS COMPENSATION FOR AN ACCIDENT, INJURY OR OCCUPATIONAL DISEASE.**
>
> <u>18.2. Taxes; Benefits.</u> EPG represents and warrants to AmeriFlow that all Consultants rendering Services pursuant to an Engagement are Form 1099 workers, responsible for their own state, local or federal due taxes. EPG will indemnify AmeriFlow for any loss resulting from any such individual being classified as an employee of EPG or AmeriFlow. [..][3]

Finally, Section 21 of the Agreement permitted AmeriFlow to assign its rights under the Agreement without EPG's consent.[4] AmeriFlow assigned its rights under the Agreement to its affiliate Rockwater, and EPG thereafter continued providing services under the Agreement to Rockwater for a period of several years.[5]

### 2. EPG workers sue Rockwater alleging misclassification under the FLSA, and Rockwater incurs significant costs defending and settling the claims.

Plaintiff Aaron Plummer, an EPG employee, filed the above-captioned collective action FLSA lawsuit against Rockwater on June 15, 2018, asserting that he and other putative class members had been misclassified as independent contractors and were now owed unpaid overtime.[6] This Court granted certification on April 2, 2020, and a total of 32 individuals eventually opted in to the lawsuit.[7]

Solely to avoid further legal fees and costs, Rockwater settled this case with the plaintiff class members via a settlement agreement previously provided to this Court under seal and

---

[3] *Id.*
[4] *Id.*
[5] *Id.* at ¶ 4.
[6] ECF No. 1.
[7] ECF No. 88.

3

which this Court then approved.[8] Of the total settlement amount and based on information currently available to Rockwater, $78,260.86 is directly attributable to purported lost wages and other damages alleged by individuals identified in the settlement agreement as employees of EPG.[9] Additionally and based on information currently available to Rockwater, $69,062.50 is the proportionate amount of plaintiffs' attorneys' fees paid by Rockwater under the settlement agreement that is attributable to those same individuals.[10] Had Rockwater not settled, Rockwater estimates its legal fees and costs of defending this case through trial would have far exceeded this amount, even if it had ultimately succeeded at trial.[11]

To date, Rockwater has incurred $341,858.00 in legal fees and costs defending the above-captioned lawsuit.[12] These fees and costs cover a legal defense spanning nearly three years, including drafting pleadings and briefing on the issues of whether to compel arbitration, a motion to transfer, two separate motions for conditional certification filed by plaintiffs, written discovery with plaintiffs and third-party defendants, thousands of pages of electronic and hardcopy document review and production, interviews with fact witnesses, legal research and research into EPG's corporate status and whereabouts, various court hearings, two motions for default judgment, mediation, and settlement negotiations.[13] Because EPG plaintiffs constituted 40.625% of the plaintiff class, Rockwater is now seeking from EPG plaintiffs a proportionate amount of its incurred legal fees and costs: $138,879.81.[14]

---

[8] ECF Nos. 130-131.
[9] Exhibit 1 at ¶ 5.
[10] *Id.* EPG plaintiffs constituted 40.625% percent of the plaintiff class and are thus responsible for 40.625% percent of the plaintiffs' attorneys' fees.
[11] Exhibit 2 (Affidavit of Lawrence D. Smith)
[12] *Id.* at ¶ 9.
[13] *Id.* at ¶ 10.
[14] *Id.* $138,879.81 is 40.625% of $341,858.00.

### 3. Rockwater files a contractual indemnification claim against EPG, and a default is entered when EPG fails to appear following service.

Rockwater filed its Third-Party Complaint against EPG on July 9, 2019, asserting a claim of contractual indemnification based on EPG's promise in the Agreement to indemnify for losses associated with alleged misclassification of EPG workers.[15] EPG's designated agent for service accepted service on behalf of EPG on July 30, 2019, and a return of service was filed with this Court effective August 21, 2019.[16]

To date, EPG has not answered or made an appearance in this litigation. Rockwater filed its first Motion for Default Judgment against EPG on October 28, 2019.[17] On April 2, 2020, this Court granted the motion in part and denied the motion in part, without prejudice—ordering the Clerk to enter a default against EPG and ordering Rockwater to resubmit its motion at a later date after damages had become ascertainable.[18] Because Rockwater's losses incurred as a result of EPG workers' misclassification claims are now ascertainable, Rockwater now submits this Second Motion for Default Judgment against EPG.

## ARGUMENT

### 1. There is no dispute that EPG has failed to answer or appear in this litigation, despite receiving notice of the claims against it.

As described above, the record shows that EPG's designated agent for service accepted service of process on behalf of EPG on July 30, 2019.[19] Despite this, EPG has failed to answer or appear in this litigation.

---

[15] ECF No. 59.
[16] ECF No. 67.
[17] ECF No. 79.
[18] ECF No. 101.
[19] ECF No. 67.

## 2. Rockwater's losses are quantifiable and fall within EPG's promise in its agreement to indemnify against losses resulting from EPG workers' misclassification claims.

EPG's Agreement explicitly states that it will indemnify against losses incurred as a result of claims regarding EPG workers' alleged misclassification under the FLSA.[20] The Agreement permitted AmeriFlow to assign its rights under the contract, and AmeriFlow subsequently assigned those rights to Rockwater.[21] EPG continued to provide services to Rockwater under the Agreement, thus affirming the assignment.

The above-captioned lawsuit directly involves claims by EPG workers that they have been misclassified under the FLSA and is thus directly covered by EPG's written Agreement and promise to indemnify. Rockwater has suffered losses directly as a result of these claims—including $138,879.81 in proportionate legal fees and costs to defend the claims of EPG class members and $147,323.36 (including damages and proportionate attorneys' fees) to settle the claims of EPG class members.[22] This settlement amount is actually less than the cost Rockwater would likely have incurred had it proceeded to defend itself through trial and is further less than any expected judgment if Rockwater were ultimately found liable.[23]

The FLSA does not prohibit parties from entering into an agreement to allocate liability and losses arising from claims filed under the FLSA. EPG entered into exactly such an agreement here and should not be permitted to avoid honoring its promise to indemnify Rockwater for its losses.

---

[20] Exhibit 1 Attachment A.
[21] *Id.*
[22] Exhibits 1 and 2.
[23] Exhibit 2 at ¶ 11.

> **3. There exists credible evidence demonstrating that EPG remains a going concern and that EPG is simply avoiding potential liability by failing to file an appearance in this case.**

All evidence available to Rockwater suggests that EPG remains a going concern. For example:

- EPG filed an answer and appearance in a similar lawsuit, *Nigh v. Energy Professionals Group*, in this Court on May 11, 2018.[24]

- EPG employees gave an interview on behalf of EPG as recently as March 5, 2019, marketing EPG's and AEP's services.[25]

- EPG filed its own lawsuit in Harris County on October 1, 2019, which was not dismissed until November 12, 2020.[26]

## CONCLUSION

In sum, EPG agreed to indemnify against losses incurred by Rockwater as a result of misclassification litigation by EPG workers. EPG is aware of that Rockwater has filed contractual indemnification claims against it and has declined to answer, despite evidence that EPG remains a going concern. Rockwater respectfully requests that this Court enter a default judgment against EPG in the total amount of $286,203.17, representing losses incurred by Rockwater which are covered under EPG's promise to indemnify.

---

[24] *See Justin Nigh, et al v. Energy Professionals Group, LLC;* C.A. 4:18-cv-01103, US District Court for the Southern District of Texas, Houston Division

[25] See Docket No. 85; *see also* https://netimesmagazine.co.uk/editorial/global-growth-for-recruitment-specialists/

[26] *See AdjustOpen Limited d/b/a Energy Professionals Group and Solutions Recruitment Ltd. v. Ecostim, Inc. a/k/a and d/b/a Ecostim;* Cause No. 1142516, County Civil Court at Law No. 2, Harris County, Texas

Respectfully submitted,

*/s/ Larry Smith*
Larry Smith
larry.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
500 Dallas, Suite 3000
Houston, Texas   77002-4709
(713) 655-5767
(713) 655-0020 – Facsimile

**ATTORNEY-IN-CHARGE FOR DEFENDANT / THIRD-PARTY PLAINTIFF ROCKWATER ENERGY SOLUTIONS, INC.**

OF COUNSEL
Samantha Seaton
State Bar No. 24088382
Federal ID: 2192853
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
One Allen Center
500 Dallas, Suite 3000
Houston, Texas   77002
713-655-5753 – Telephone
713-655-0020 – Facsimile
samantha.seaton@ogletree.com

## CERTIFICATE OF ATTEMPTED SERVICE ON EPG

I hereby certify that counsel for Rockwater has attempted in good faith to notify EPG of this Motion and the relief requested herein. Specifically, a copy of this Motion was sent to the following on April 2, 2021 via mail and via email where available:

1. EPG's agent for service of process who originally accepted service for EPG in this case (see Docket No. 67): Business Filings Inc., 108 W. 13th Street, Wilmington, DE 19801.

2. EPG's US address identified in recent lawsuit in this court (*Night et al. v. Energy Professionals Group LLC*, No. 4:18-cv-01103, Docket No. 22 Exh A1) and in EPG's master services agreement (see Exhibit 1 to this Motion): 338 Telfair Street, Augusta, Georgia 30901

8

3. C/o EPG's counsel in recent lawsuit in this court (*Nigh et al. v. Energy Professionals Group LLC*, No. 4:18-cv-01103): Matthew D. Walker, Allison Hooker, and Andrew McKinney IV, Litchfield Cavo LLP, One Riverway Suite 1000, Houston, Texas 77056; walker@litchfieldcavo.com; mckinney@litchfieldcavo.com; hookera@litchfieldcavo.com

4. C/o EPG's counsel in recent lawsuit in Harris County (see *Case No. 1142516, Harris County Civil Court of Law No. 2*): Marc L. Ellison, 2211 Norfolk, Suite 510, Houston, TX 77098; mellison@tetlegal.com

5. EPG CEO Michael Grayson's address identified in petition of recent lawsuit filed on behalf of EPG in Harris County (see *Case No. 1142516, Harris County Civil Court of Law No. 2*): 2 Turbine Ways, Turbine Business Park, Washington, SR5 3NZ, UK

6. C/o EPG CEO Michael Grayson at his affiliate company AdjustOpen Ltd.: c/o Suite 5 Bulman House, Regent Ave., Newcastle upon Tyne, NE3 3LS, UK

7. C/o EPG CEO Michael Grayson at his affiliate company AdjustOpen Holdings Ltd.: Yorkshire Chambers, 112-114 Pilgrim Street, Newcastle upon Tyne, NE1 6SQ, UK

8. C/o EPG CEO Michael Grayson at all three addresses of his affiliate company Talent84 (see talent84.co.uk/about):

Newcastle
Yorkshire Chambers
112-114 Pilgrim Street
Newcastle upon Tyne
NE1 6SQ, UK

Teesside
Boho 6
Linthorpe Road
Middlesbrough
TS1 1RE, UK

Wakefield
13 Wood Street
Wakefield
West Yorkshire
WF1 2EL, UK

/s/ *Larry Smith*
Larry Smith

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2021, a true and correct copy of the foregoing was filed using the e-filing system and served on the following via electronic service:

| | |
|---|---|
| Michael A. Josephson<br>Andrew Dunlap<br>William R. Liles<br>Josephson Dunlap, LLP<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas  77046<br>713.352.1100<br>713.352.3300 fax | Larry J. Simmons<br>Carmen Jo Rejda-Ponce<br>Germer PLLC<br>2929 Allen Parkway, Suite 2900<br>Houston, Texas 77019<br>713.650.1313<br>713.739.7420 fax |
| Richard J. (Rex) Burch<br>Bruckner Burch, PLLC<br>8 Greenway Plaza, Suite 1500<br>Houston, Texas  77046<br>713.877.8788<br>713.887.8065 fax | |

/s/ *Larry Smith*
Larry Smith