| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 08, 2021
Nathan Ochsner, Clerk

Aaron Plummer, individually and §
on behalf of all others similarly §
situated, §
    Plaintiffs, §
§
v. §
§
Rockwater Energy Solutions, Inc., §
    Defendant. §

Civil Action H-18-4746

Rockwater Energy Solutions, Inc., §
    Third-Party Plaintiff, §
§
v. §
§
Energy Professionals Group, LLC §
and Atlantic Energy Partners, LLC, §
    Third-Party Defendants. §

## Order of Adoption

On June 22, 2021, Magistrate Judge Peter Bray recommended that the court grant third-party Plaintiff Rockwater Energy Solutions, Inc.'s motion for default judgment against third-party Defendant Energy Professionals Group, LLC. (140) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. A separate final judgment will issue.

Signed at Houston, Texas, on July 8, 2021.

Lynn N. Hughes
United States District Judge