United States District Court
Southern District of Texas

**ENTERED**
July 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Aaron Plummer, individually on behalf of all others similarly situated, § § § § Plaintiffs, § § v. § § Rockwater Energy Solutions, Inc., § Defendant. § § Rockwater Energy Solutions, Inc., § Third-Party Plaintiff, § § v. § § Energy Professionals Group, LLC § and Atlantic Energy Partners, LLC, § Third-Party Defendants. § | Civil Action H-18-4746 |

## Default Judgment

On third-party plaintiff Rockwater Energy Solutions, Inc.'s motion for default judgment against third-party defendant Energy Professionals Group, Rockwater Energy Solutions, Inc., is awarded $286,203.17, its total cost to defend and settle this action, and post-judgment interest at the applicable federal rate.

Signed July 8, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge